No. C-403

Judith S. Thornburg, a/k/a Judith White Thornburg, a/k/a Judith S. White v. Homestead Minerals Corporation, Don B. Allen and Ray, Quinney and Nebeker

(518 P.2d 941)

Decided February 11, 1974.

Madden and Strate, William J. Madden, for petitioner.

Clark, Martin and Pringle, Bruce D. Pringle, for respondent Homestead Minerals Corporation.

Weller, Friedrich, Hickisch & Hazlitt, Arthur H. Downey, for respondents Don B. Allen and Ray, Quinney and Nebeker.

*En Banc.*

PER CURIAM

MR. CHIEF JUSTICE PRINGLE does not participate. MR. JUSTICE HODGES, MR. JUSTICE GROVES, and MR. JUSTICE ERICKSON are in favor of affirmance; whereas, MR. JUSTICE DAY, MR. JUSTICE KELLEY, and MR.

JUSTICE LEE are in favor of reversal. The court being equally divided in opinion, the judgment stands affirmed by operation of law pursuant to C.A.R. 35(e).